# ORDER

**VIRGINIA:**

In the Court of Appeals of Virginia on Monday the 24th day of October, 1994

Ruth Arnold, Appellant,

    against,

Commonwealth of Virginia, Appellee.

Before Chief Judge Moon, Judges Baker, Barrow, Benton, Coleman, Koontz, Willis, Elder, Bray and Fitzpatrick.

COUNSEL

Gray Robinson (Jackson & Robinson, on brief), for appellant.

H. Elizabeth Shaffer, Assistant Attorney General (James S. Gilmore, III, Attorney General, on brief), for appellee.

## UPON A REHEARING EN BANC

OPINION

On April 19, 1994, a panel of this Court affirmed Ruth Arnold's conviction of credit card theft holding that her prosecution was not barred by Code § 19.2-243 or by her constitutional right to speedy trial. *See Arnold v. Commonwealth*, 18 Va. App. 218, 443 S.E.2d 183 (1994). Ms. Arnold's petition for rehearing *en banc* was granted on June 15, 1994, and the mandate of the April 19, 1994 opinion was stayed.

This appeal was reheard *en banc* on September 22, 1994. For the reasons stated in the original majority opinion, the Court affirms the judgment of the trial court. Therefore, the stay of the mandate of the April 19, 1994 opinion is lifted. The judgment of the trial court is affirmed in accordance with that opinion and its adoption by this order.

Judges Benton and Barrow, for the reasons stated in Judge Benton's dissent from the original decision, *Arnold v. Commonwealth*, 18 Va. App. 218, 225, 443 S.E.2d 183, 187 (1994) (Benton, J., dissenting), would reverse the conviction and dismiss the case.

The trial court shall allow court-appointed counsel for the appellant an additional $200 for services rendered the appellant on the rehearing portion of this appeal, in addition to counsel's costs and necessary direct out-of-pocket expenses. This amount shall be added to the costs due the Commonwealth in the April 19, 1994 mandate.